Cotton Oil Company to review and revise the judgment of the Court of Appeals in the case of Covey Cotton Oil Co. v. Bank of Ft. Gaines, 74 South. 87, affirming a judgment for plaintiff. Writ denied.

(75 South. 1003)

DUVALL v. DUVALL. (8 Div. 984.) (Supreme Court of Alabama. May 15, 1917.) Appeal from Chancery Court, Marshall County; James E. Horton, Jr., Chancellor.

PER CURIAM. Appeal dismissed for want of prosecution.

(75 South. 1003)

HANVEY et al. v. F. M. FORMBY CO. et al. (7 Div. 856.) (Supreme Court of Alabama. April 5, 1917.) Appeal from City Court of Anniston; Thomas W. Coleman, Jr., Judge. Bill by the F. M. Formby Company and others against George Hanvey and others. Decree for plaintiffs, and defendants appeal. Affirmed. T. Ben Kerr, of Piedmont, and P. F. Wharton, of Anniston, for appellants. Knox, Acker, Dixon & Sterne, of Anniston, for appellees.

THOMAS, J. It is unnecessary to restate the law applicable to a creditors' bill to set aside a fraudulent conveyance of real property. The cases having application have been recently collected and discussed in McCrory et al. v. Donald, 192 Ala. 312, 68 South. 306. The testimony has been carefully considered, and without presumption in favor of the ruling of the chancellor; and we are of the opinion that the correct conclusion was reached. The burden of proof was not discharged by the vendee. Thompson v. Tower Mfg. Co., 104 Ala. 140, 16 South. 116; Wooten v. Steele, 109 Ala. 563, 19 South. 972, 55 Am. St. Rep. 947; British & Amer. Mortg. Co. v. Norton, 125 Ala. 522, 28 South. 31. The decree of the city court of Anniston, sitting in equity, is affirmed. Affirmed.

ANDERSON. C. J., and MAYFIELD and SOMERVILLE, JJ., concur.

(75 South. 1003)

JONES v. STATE. (8 Div. 24.) (Supreme Court of Alabama. April 19, 1917.) Certiorari to Court of Appeals. La Fayette Jones was convicted of an offense, and to review a judgment of the Court of Appeals (74 South. 843), affirming such conviction, he applies for writ of certiorari. Writ denied. Milo Moody, of Scootsboro, for appellant. W. L. Martin, Atty. Gen., for the State.

GARDNER, J. Petition by La Fayette Jones for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of Jones v. State. Writ denied.

ANDERSON, C. J., and McCLELLAN and SAYRE, JJ., concur.

(75 South. 1003)

McCOLLOUGH et al. v. LEWIS BEAR CO. et al. (3 Div. 263.) (Supreme Court of Alabama. May 10, 1917.) Appeal from Chancery Court, Escambia County; O. S. Lewis, Chancellor. Hare & Jones, of Monroeville, for appellant. Page, McMillan & Brooks, of Brewton, for appellee.

PER CURIAM. Appeal dismissed by appellant.

(75 South. 1004)

PORTER et al. v. STATE ex rel. DEDGE. (5 Div. 642.) (Supreme Court of Alabama. June 14, 1917.) Appeal from Circuit Court, Russell County; J. S. Williams, Judge. Glenn & De Graffenried and H. A. Ferrell, all of Seale, and Howard Seay, of New York City,

for appellants. W. L. Martin, Atty. Gen., and P. W. Turner, Asst. Atty. Gen., for appellee.

PER CURIAM. Affirmed. See, also, ante, p. 203, 75 South. 961.

ANDERSON, C. J., and MAYFIELD and SOMERVILLE, JJ., dissent.

(75 South. 1004)

PRAYTOR et al. v. ALABAMA GREAT SOUTHERN R. CO. (6 Div. 547.) (Supreme Court of Alabama. April 26, 1917.) Appeal from City Court of Birmingham; John C. Pugh, Judge. Action by H. B. Praytor and others against the Alabama Great Southern Railroad Company. Judgment for defendant, and plaintiffs appeal. Transferred from Court of Appeals under section 6, p. 449, Acts. 1911. Affirmed. Smith & Morrow, of Birmingham, for appellants. A. G. & E. D. Smith, of Birmingham, for appellee.

ANDERSON, C. J. The evidence in this case, if believed by the jury, acquitted the enginemen of all negligence for killing the cow in question, and the trial court did not err in giving the general affirmative charge for the defendant with the hypothesis. Affirmed.

McCLELLAN, SAYRE, and GARDNER, JJ., concur.

(75 South. 1004)

SCOTTISH–AMERICAN MORTGAGE CO., Limited, v. LEWIS BEAR CO. et al. (3 Div. 262.) (Supreme Court of Alabama. May 10, 1917.) Appeal from Chancery Court, Escambia County; O. S. Lewis, Chancellor. Barnett & Bugg, of Monroeville, for appellant. Page, McMillan & Brooks, of Brewton, for appellees.

PER CURIAM. Appeal dismissed by appellant.

(75 South. 1004)

SHAW et al. v. KENNER. (8 Div. 42.) (Supreme Court of Alabama. May 15, 1917.) Appeal from Circuit Court, Franklin County; C. P. Almon, Judge. W. H. Key, of Russellville, for appellee.

PER CURIAM. Appeal dismissed on motion of appellee.

(75 South. 1004)

SMITHSON v. HANDLEY. (7 Div. 860.) (Supreme Court of Alabama. May 31, 1917.) Appeal from Circuit Court, St. Clair County; J. E. Blackwood, Judge. Embry & Embry, of Ashville, for appellee.

PER CURIAM. Affirmed on certificate on motion of appellee.

(75 South. 1004)

SOVEREIGN CAMP, WOODMEN OF THE WORLD, v. HACKWORTH. (8 Div. 935.) (Supreme Court of Alabama. April 26, 1917.) Appeal from Circuit Court, Colbert County; C. P. Almon, Judge. C. H. Roquemore, of Montgomery, for appellant. Andrews & Peach, of Sheffield, for appellee.

ANDERSON, C. J. The cause is affirmed.

(75 South. 1004)

WARE v. STATE. (8 Div. 974.) (Supreme Court of Alabama. May 17, 1917.) Appeal from Circuit Court, Lauderdale County; C. P. Almon, Judge. W. L. Martin, Atty. Gen., for the State.

PER CURIAM. Appeal dismissed for want of prosecution.

(75 South. 1004)

WESTERN UNION TELEGRAPH CO. v. LOUISVILLE & N. R. CO. (6 Div. 480.) (Supreme Court of Alabama. April 19, 1917.) Appeal from City Court of Birmingham; C. W. Ferguson, Judge. Forney Johnston and W. R. C. Cocke, both of Birmingham, for appellant. Tillman, Bradley & Morrow, of Birming-